UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Lori R. Benson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11241-DRH |
| *Angelia C. Biddix, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12089-DRH |
| *Shelby Brefeld v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12288-DRH |
| *Kimberly Broeske v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13752-DRH |
| *Karen Burrell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12003-DRH |
| *Amy Cain, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12140-DRH |
| *Serena Cisneros v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11962-DRH |
| *Kenyatta Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11938-DRH |
| *Lucy R. Demeduk v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10455-DRH |
| *Maria A. DiGuglielmo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12636-DRH |
| *Shannon Duplechain v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10170-DRH |
| *Mary Pelosi Ejlali v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13504-DRH |

| | |
|---|---|
| *Adrienne J. England v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10116-DRH |
| *Eddie Furness v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10537-DRH |
| *Julie Anne Gabella v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10045-DRH |
| *Billy Jo Garcia v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12143-DRH |
| *Cynthia Gayden v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11654-DRH |
| *Shannon L. Green, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10063-DRH |
| *Jennifer Hannah v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10366-DRH |
| *Rebecca Hawke v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10882-DRH |
| *Monisce James v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10182-DRH |
| *Simone Lessac-Chenen v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11874-DRH |
| *Jessica Maiuzzo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13300-DRH |
| *Narauna, Martin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11944-DRH |
| *Marsha Medows, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10120-DRH |
| *Jena J. Mendoza v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11826-DRH |
| *Adelina Olsen v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20066-DRH |

*Sharon M. Pohlman, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 11-cv-12158-DRH

*Moheen Ramsey v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 11-cv-13563-DRH

*Patricia Rotundo v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 11-cv-11947-DRH

*Beatrice Santinga v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 11-cv-12087-DRH

*Erin K. Snodgrass v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 11-cv-12953-DRH

*Nancy L. Tennin v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 11-cv-13559-DRH

*Sharon Wilson v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 11-cv-11964-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 17, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Caitlin Fischer*
 **Deputy Clerk**

**Dated:** April 25, 2014

Digitally signed by David R. Herndon
Date: 2014.04.25 08:22:08 -05'00'

**APPROVED:**
 **CHIEF JUDGE**
 **U. S. DISTRICT COURT**

3